UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLOTTE N. WHITE | * | CIVIL ACTION: 06-7414 |
| | * | |
| | * | JUDGE DUVAL, JR. |
| VERSUS | * | |
| | * | SECTION "K" |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY AND DAVID A. FELIX | * | MAGISTRATE: 1 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff, **Charlotte N. White,** against Defendants, **State Farm Fire & Casualty Company and David A. Felix**, are hereby dismissed with prejudice, the parties to bear their own respective costs.

**READ, RENDERED AND SIGNED** this ___9th___ day of ___August___, 2007 at New Orleans, Louisiana.

_____
JUDGE

S:\2760\040\SETTLEMENT DOCS\JT MT AND ORDER OF DISMISSAL.DOC